UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITES STATES OF AMERICA,

    Plaintiff,

V

MCKHAELA KATELYN
MCNAMARA

    Defendant.

_____/

Case No. 1:23-cr-00087

HON. JANE M. BECKERING
U.S. DISTRICT CHIEF JUDGE

## DEFENDANT MCKHAELA MCNAMARA'S PRE-SENTENCING MOTION FOR A VARIANCE BELOW THE ADVISORY GUIDELINES RANGE

Defendant, McKhaela McNamara, respectfully moves this Honorable Court pursuant to 18 U.S.C. §3553(a)(2) for a departure from, and/or a variance below, the applicable, properly ascertained advisory guidelines range, based on the legal principles and statements outlined in her Sentencing Memorandum, filed contemporaneously with this Motion.

**WHEREFORE**, Defendant, McKhaela McNamara, respectfully requests that this Honorable Court independently determine an appropriate sentence and vary below the advisory guidelines range in order to reach a term of incarceration that is sufficient but not greater than necessary meet the objectives of a just federal sentence, and the ends of justice. 18 U.S.C. § 3553(a).

Dated:  May 1, 2024

          /s/ John M. Karafa
          John M. Karafa (P36007)
          Attorney for Defendant McNamara